UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 06-145** |
| **KOJAK BATISTE** | **SECTION: "S"** |

### ORDER AND REASONS

This matter was remanded from the Fifth Circuit Court of Appeal for disposition of defendant's request for a reduction of his term of supervised release.

The First Step Act reduced the defendant's statutory minimum term of imprisonment from twenty to ten years, and supervised release from ten to eight years. As discussed in the court's prior order, because defendant's career offender status was not affected by the First Step Act, the reduction of the statutory minimum did not alter his Sentencing Guidelines range with respect to term of imprisonment, which remains at 262-327 months. However, his Guideline range for supervised release has been reduced from ten to eight years. Accordingly, defendant's term of supervised release is reduced to eight years so that his sentence remains a guideline sentence. Therefore,

**IT IS ORDERED** that defendants **Motion to Reduce Sentence under the First Step**

**Act** (Rec. Doc. 75), is **GRANTED in part**, and his term of supervised release is reduced to **eight years**.

New Orleans, Louisiana, this __5th__ day of February, 2021.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**